IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-485-D

SONIA I. WRIGLESWORTH, )
 )
                Plaintiff, )
 )
v. )      **ORDER**
 )
CHRISTINE WORMUTH, )
Secretary of the United States Army, )
 )
                Defendant. )

Sonia Wriglesworth ("Wriglesworth" or "plaintiff") seeks relief from her employer, the Department of the Army ("Army" or "defendant"), under Title VII of the Civil Rights Act of 1964. See Compl. [D.E. 1]. On July 14, 2017, an Administrative Judge with the Equal Employment Opportunity Commission ("EEOC") granted the Army's motion for summary judgment concerning Wriglesworth's claim. See [D.E. 1-2]. Wriglesworth appealed, and the EEOC affirmed. See [D.E. 1-4].

On July 16, 2021, the Army moved to dismiss Wriglesworth's complaint for failure to state a claim upon which relief can be granted [D.E. 16] and filed a memorandum in support [D.E. 17]. On August 9, 2021, Wriglesworth responded in opposition [D.E. 19].

For the reasons stated in defendant's memorandum of law [D.E. 17], the court GRANTS defendant's motion to dismiss [D.E. 16] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

SO ORDERED. This 28 day of December, 2021.

                                                        JAMES C. DEVER III
                                                        United States District Judge