UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONIA I. WRIGLESWORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTINE WORMUTH, Secretary of the )<br>United States Army, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CV-485-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 16] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

**This Judgment Filed and Entered on December 28, 2021, and Copies To:**

| | |
|---|---|
| Sonia Wriglesworth | (Sent to 158 Pine Ridge Drive, Whispering Pines, NC 28327 via US Mail) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 28, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |